Decided September 5, 2002

### STATE OF CONNECTICUT *v.* PHILLIP TATE

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 907 (AC 21292), is denied.

*Carlos E. Candal,* special public defender, in support of the petition.

*Richard F. Jacobson,* special assistant state's attorney, in opposition.

Decided September 5, 2002